No. 3,091.—STATE EX REL. CITY OF BUTTE, RELATOR, *v.*
DISTRICT COURT OF THE SECOND JUDICIAL
DISTRICT ET AL., RESPONDENTS.

Original application for writ of supervisory control.

Decided October 30, 1911.

PER CURIAM.—Relator's petition for a writ of supervisory control herein, this day submitted, is, after due consideration, by the court denied.

*Messrs. H. Lowndes Maury, John A. Smith,* and *N. A. Rotering,* for Relator.